STEPHEN M. ZANG, APPELLANT, v. CHERLYN LIN ZANG, RESPONDENT.

No. 9708

July 13, 1977                                          566 P.2d 92

*W. Owen Nitz* and *Oscar B. Goodman,* Las Vegas, for Appellant.

*Robert W. Lueck,* Las Vegas, for Respondent.

## OPINION

*Per Curiam:*

Respondent, with commendable candor, has conceded that the district court's order which committed appellant to jail was erroneous; accordingly, we reverse. Remittitur shall issue forthwith.